UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BAKI GUVEN<br><br>Debtor | Chapter: 7<br>Case No.: |

## Income Statement Affidavit

STATE OF NEW YORK )
COUNTY OF KINGS ) ss:

BAKI GUVEN, being duly sworn, deposes and says:

I am currently employed as a cook at Aksaray Restaurant located at 1618 East 16 Street, Brooklyn, NY. I earn $500 per month.

Baki Guven
BAKI GUVEN

Sworn to before me this
14 day of Jan, 2012

Notary Public- State of New York

UMIT MIKE GURSOY
NOTARY PUBLIC, STATE OF NEW YORK
NO 02GU6038619
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES MARCH 20, 2014